JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

SCOTT K.,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security.

Defendant.

Case No. 8:24-cv-02568-MBK

JUDGMENT

IT IS ADJUDGED that the decision of the Administrative Law Judge is VACATED and the case REMANDED for the immediate award of benefits. Judgment is hereby entered in favor of Plaintiff.

DATE: 08/14/2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE