**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott Paul Kohler,<br><br>Plaintiff,<br><br>v.<br><br>Frank J. Bisignano,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 8:24-cv-02568-WLH-MBK<br><br>**\|~~PROPOSED~~\| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED AND 00/100 ($7,500.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of FOUR HUNDRED FIVE dollars ($405.00) under 28 U.S.C. §1920 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 11/13/2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE